**No. 61508.**—G. A. Westphal Co., Inc., and Gehrig, Hoban & Co., Inc., et al. v. United States, protests 291020–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of gift tags, composed wholly or in chief value of paper, lithographically printed, not over twelve one-thousandths of an inch in thickness, which are not gift or social cards, the claim of the platintiffs was sustained.